IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **TAURUS IP, LLC,**<br>   a Wisconsin Limited Liability Corporation<br><br>             **Plaintiff,**<br><br>v.<br><br>1. **HYUNDAI MOTOR AMERICA,**<br>2. **REEBOK INTERNATIONAL, LTD.,**<br>3. **PUMA NORTH AMERICA, INC.,**<br>4. **PUMA AG RUDOLPH DASSLER SPORT,**<br>5. **POLO RALPH LAUREN CORP., and**<br>6. **MICHELIN NORTH AMERICA, INC.,**<br><br>             **Defendants.** | Civil Action No. 07-C-0477 C<br><br>Jury Trial Demanded<br><br>Judge Barbara B. Crabb<br><br>Magistrate Judge Stephen L. Crocker |

Copy of this document has been provided to: [handwritten]
this ___ day of ___ 20__
by ___
S. Vogel, Secretary to
Judge Barbara B. Crabb

## FINAL JUDGMENT

Having considered the Stipulation Of Dismissal and Final Judgment of the parties filed March 6, 2008, for entry of a final judgment, and the Court having determined that there is no just reason for delay in entering judgment as indicated in the parties' Stipulation Of Dismissal and Final Judgment, **IT IS HEREBY ORDERED, ADJUDGED, DIRECTED AND DECREED** that final judgment be entered as follows:

1.      In favor of defendants Hyundai Motor America, Reebok International, Ltd. and Michelin North America, Inc., and against plaintiff Taurus IP, LLC, on the Complaint for infringement of United States Patent No. 6,141,658 ("the '658 patent") (Docket no. 2);

2.      In favor of defendant Hyundai Motor America and against plaintiff Taurus IP, LLC, on Count I of Hyundai's First Amended Counterclaims (Docket No. 57);

3.      In favor of defendant Reebok International, Ltd., and against plaintiff Taurus IP, LLC,

on the First Counterclaim of Reebok's First Amended Counterclaims (Docket No. 59);

4. In favor of defendant Michelin North America, Inc., and against plaintiff Taurus IP, LLC, on Count II of Michelin's Counterclaims (Docket No. 19).

5. In favor of Hyundai Motor America and against plaintiff Taurus IP, LLC, on Count II of Hyundai Motor America's Amended Answer and Counterclaim (Docket No. 57); in favor of defendant Reebok International, Ltd., and against plaintiff Taurus IP, LLC, on the Second Counterclaim of Reebok International, Ltd.'s Answer and Counterclaim (Docket No. 59); and in favor of defendant Michelin North America, Inc., and against plaintiff Taurus IP, LLC, on Count I of Michelin North America, Inc.'s Answer and Counterclaim (Docket No. 19) as follows:

    a. claim 16 of the '658 patent is invalid under 35 U.S.C. § 102(e)(2) as anticipated by U.S. Patent No. 5,825,651; and

    b. claim 27 of the '658 patent is invalid under 35 U.S.C. § 102(e)(2) as anticipated by U.S. Patent No. 5,825,651.

6. Taurus does not waive any rights or issues for appeal of this judgment.

Dated: March 6, 2008

*Barbara B. Crabb*
The Honorable Barbara B. Crabb
District Court Judge,
Western District of Wisconsin