IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAURUS IP, LLC,

    Plaintiff,

v.

HYUNDAI MOTOR AMERICA,
REEBOK INTERNATIONAL, LTD.,
PUMA NORTH AMERICA, INC.,
PUMA AG RUDOLPH DASSLER
SPORT, POLO RALPH LAUREN
CORP., and MICHELIN NORTH
AMERICA, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-477-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered

1. In favor of defendants Hyundai Motor America, Reebok International, Ltd. and Michelin North America, Inc., and against plaintiff Taurus IP, LLC, on the complaint for infringement of United States Patent No. 6,141,658 ("the '658 patent");

2. In favor of defendant Hyundai Motor America and against plaintiff Taurus IP, LLC, on count I of Hyundai's first amended counterclaims;

3. In favor of defendant Reebok International, Ltd., and against plaintiff Taurus IP, LLC. on the first counterclaim of Reebok's first amended counterclaims;

Judgment in a Civil Case                                                                                           Page 2

4. In favor of defendant Michelin North America, Inc., and against plaintiff Taurus IP, LLC, on count II of Michelin's counterclaims;

5. In favor of defendant Hyundai Motor America and against plaintiff Taurus IP, LLC, on count II of Hyundai Motor America's amended answer and counterclaim; in favor of defendant Reebok International, Ltd., and against plaintiff Taurus IP, LLC, on the second counterclaim of Reebok International, Ltd.'s answer and counterclaim; and in favor of defendant Michelin North America, Inc., and against plaintiff Taurus IP, LLC, on count I of Michelin North America, Inc.'s answer and counterclaim; as follows:

    (a) Claim 16 of the '658 patent is invalid under 35 U.S.C. § 102(e)(2) as anticipated by U.S. Patent No. 5,825,651; and

    (b) Claim 27 of the '658 patent is invalid under 35 U.S.C. § 102(e)(2) as anticipated by U.S. Patent No. 5,825,651.

6. Plaintiff Taurus IP, LLC does not waive any rights or issues for appeal of this judgment.

Approved as to form this ___5th___ day of June, 2008.


_____Barbara B. Crabb_____
Barbara B. Crabb, District Judge


**THERESA M. OWENS**
By: _L. Jensen_____          ___6/6/08___
Theresa M. Owens, Clerk of Court                    Date