IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAURUS IP, LLC,
   a Wisconsin Limited Liability Corporation,     Case No. 07-C-0477-C
   Plaintiff,

                                                          **Jury Trial Demanded**

   v.

HYUNDAI MOTOR AMERICA, et al
       Defendants.

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Based on a stipulation between them, the plaintiff, Manufacturing Systems Technologies, LLC f/k/a Taurus IP, LLC, and defendant, Michelin North America, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

October 13, 2009

                                                   By: <u>s/ David G. Hanson</u>
                                                   Reinhart Boerner Van Deuren s.c.
                                                   1000 North Water Street, Suite 1700
                                                   Milwaukee, WI 53202
                                                   Telephone: 414-298-1000
                                                   Facsimile: 414-298-8097
                                                   dhanson@reinhartlaw.com

                                                   David M. Pridham
                                                   R.I. State Bar No. 6625
                                                   Law Office of David Pridham
                                                   25 Linden Road
                                                   Barrington, Rhode Island 02806
                                                   Telephone: (401) 633-7247
                                                   Fax: (401) 633-7247
                                                   E-mail: david@pridhamiplaw.com
                                                   ATTORNEYS FOR
                                                   PLAINTIFF TAURUS IP, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: October 13, 2009                                    s/ David G. Hanson
                                                                        Reinhart Boerner Van Deuren s.c.
                                                                        1000 North Water Street, Suite 1700
                                                                        Milwaukee, WI 53202
                                                                        Telephone: 414-298-1000
                                                                        Facsimile: 414-298-8097
                                                                        dhanson@reinhartlaw.com