## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

TAURUS IP, LLC,
  a Wisconsin Limited Liability Corporation,      Case No. 07-C-0477-C
      Plaintiff,

                                                  **Jury Trial Demanded**

v.

HYUNDAI MOTOR AMERICA, et al
      Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Manufacturing Systems Technologies, LLC f/k/a Taurus IP, LLC, and defendant, Michelin North America, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Manufacturing Systems Technologies, LLC f/k/a Taurus IP, LLC, and defendant, Michelin North America, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: _October 13, 2009_         BY THE COURT:

                                    _Barbara B. Crabb_