IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TAURUS IP, LLC, A Wisconsin Limited Liability Corporation<br><br>Plaintiff<br><br>v.<br><br>1.   HYUNDAI MOTOR AMERICA, INC.<br>2.   REEBOK INTERNATIONAL, LTD.;<br>3.   PUMA NORTH AMERICA, INC.;<br>4.   PUMA AG RUDOLPH DASSLER SPORT,<br>5.   POLO RALPH LAUREN CORP, and<br>6.   MICHELIN NORTH AMERICA, INC. | CIVIL ACTION NO. 07-C-0477 C |

**ORDER ON STIPULATION OF DISMISSAL**

Before the Court is, pursuant to Rule 41 of the Federal Rules of Civil Procedure, is a Stipulation of Dismissal (Stipulation) filed by Defendant Hyundai Motor America, Inc. ("Hyundai") and Plaintiff Taurus IP, LLC, now known as Manufacturing Systems Technologies, LLC ("MST"). The Stipulation memorializes the parties' agreement that Hyundai will not pursue its claim for attorneys' fees pursuant to 35 U.S.C. § 285 ("Section 285"). The Court hereby GRANTS the Stipulation and ORDERS as follows:

It is ORDERED that Hyundai's claim for Section 285 attorneys' fees is dismissed with prejudice, including without limitation any and all claims, assertions, causes of action, arguments, or demands arising from or related to grounds for seeking, demanding, or claiming any basis for Section 285 attorneys' fees, including the conduct of opposing counsel in preparing and pursuing this litigation and the conduct of counsel during trial.

Each party, MST and Hyundai, shall bear its own costs, fees, and expenses arising from or related to this matter. The Stipulation does not, however, preclude a prevailing party from recovering those costs not recoverable under Section 285, to which a prevailing may be entitled to recover as taxable costs.

Dated this 14th day of July 2011.

BY THE COURT:

*Barbara B. Crabb*
The Honorable Barbara B. Crabb,
Judge, United States District Court
Case No. 07-C-0477 C